IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY ASHLEY,                                                                                PLAINTIFF
ADC # 099718

v.                         Case No. 4:19-cv-000576 BSM

WENDY KELLEY, et al.                                                                      DEFENDANTS

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Jerome T. Kearney [Doc. No. 3] has been received. After *de novo* review of the record, the RD is adopted, and the petition is dismissed without prejudice.

IT IS SO ORDERED this 5th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE